# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER HUMPHREY,** *et al.* <br> *Plaintiffs* <br><br> v. <br><br> **GLAXOSMITHKLINE, PLC.,** *et al.* <br> *Defendants* | : CIVIL ACTION <br> : <br> : NO. 16-5924 <br> : <br> : <br> : <br> : <br> : |

# ORDER

**AND NOW**, this 29th day of September 2017, upon consideration of the *motion to dismiss* filed by Defendants GlaxoSmithKline plc and GlaxoSmithKline LLC ("Defendants"), [ECF 19], the response in opposition filed by Plaintiffs Peter Humphrey, Yu Yingzeng, and ChinaWhys Company Ltd. ("Plaintiffs"), [ECF23], Plaintiffs' declaration in support of their response, [ECF 24], Defendants' reply, [ECF 25], and Defendants' notice of supplemental authority, [ECF 26], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendants' motion to dismiss is **GRANTED**, and Plaintiffs' complaint, [ECF 1], is **DISMISSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*